UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| ANNE VANHORN ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 3:08CV-462-H |
| ) | |
| BOARD OF EDUCATION OF ) | |
| JEFFERSON COUNTY, KENTUCKY, ) | |
| DR. SHELDON BERMAN AND SAM ) | |
| MOODY ) | |
| ) | |
| DEFENDANTS ) | |

## NOTICE OF REMOVAL

Defendants, Jefferson County Board of Education, Dr. Sheldon Berman and Sam Moody ("Defendants"), by counsel, hereby file their Notice of Removal to the United States District Court for the Western District of Kentucky, stating:

1. On or about July 29, 2008, the Complaint in Civil Action No. 08-CI-07942 was filed in Division Nine (9) of the Jefferson Circuit Court, Jefferson County, Kentucky by Plaintiff, Anne VanHorn, against the Defendants. Copies of the Complaint and Summons are attached hereto, which constitute all of the pleadings and orders served upon or by Defendants to date in this action.

2. This action is of a civil nature arising from Plaintiff's employment and separation from employment with Jefferson County Board of Education. This action involves claims for violation of the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.* and the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*

3. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441 because it is founded on a claim or right arising out of the Constitution, laws, or treaties of the United States in that claims have been asserted under the Family Medical Leave Act, 29 U.S.C. § 2601, *et seq.* and the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*

4. The Notice of Removal is filed within thirty (30) days after receipt by Defendants of a copy of the Complaint and Summons in this action.

5. The undersigned counsel will promptly give notice of the filing of this Notice of Removal to all parties and will also file a copy of this Notice of Removal with the Clerk of the Jefferson Circuit Court as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

s / C. Tyson Gorman
C. Tyson Gorman
tgorman@wyattfirm.com
Byron E. Leet
bleet@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
Phone: 502.589.5235
Facsimile: 502.589.0309

*Counsel for Defendants, Board of Education of Jefferson County, Kentucky, Dr. Sheldon Berman and Sam Moody*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28th, 2008, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

I hereby further certify that on August 29, 2008, I served the foregoing via hand delivery, as follows:

Timothy J. Salansky
Kenealy & Jacobi, PLLC
1730 Meidinger Tower
462 South Fourth Avenue
Louisville, Kentucky 40202

*Counsel for Anne VanHorn*

                                        s / C. Tyson Gorman
                                        C. Tyson Gorman
                                        *One of Counsel for Defendants*

20303760.1