UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| ANNE VANHORN | ) | ***Electronically Filed*** |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cv-462 |
| | ) | |
| BOARD OF EDUCATION OF | ) | |
| JEFFERSON COUNTY, KENTUCKY, | ) | |
| DR. SHELDON BERMAN AND SAM | ) | |
| MOODY | ) | |
| | ) | |
| DEFENDANTS | ) | |

## AGREED ORDER OF DISMISSAL

Upon the joint motion of Plaintiff Ann VanHorn (hereinafter referred to as "Plaintiff") and Defendants Jefferson County Board of Education, Dr. Sheldon Berman and Sam Moody (collectively referred to hereinafter as "Defendants"), by counsel, the Court having been advised that this matter has been settled, it is therefore **ORDERED** and **ADJUDGED** that all claims and causes of action asserted within this action, or which could have been asserted within this action, by Plaintiff against Defendants be and the same hereby are **DISMISSED WITH PREJUDICE,** each party to pay its own costs.  Plaintiffs' Complaint is likewise **DISMISSED WITH PREJUDICE**.

**HAVE SEEN AND AGREED TO:**

s / Timothy J. Salansky (by T-G w/ authority)    s / C. Tyson Gorman
Timothy J. Salansky                            C. Tyson Gorman
KENEALY & JACOBI, PLLC               Byron E. Leet
1730 Meidinger Tower                     WYATT, TARRANT & COMBS, LLP
462 South Fourth Avenue             500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202         Louisville, Kentucky 40202-2898
***Counsel for Plaintiff Anne Van Horn***    ***Counsel for Defendants, Board of Education of Jefferson County, Kentucky, Dr. Sheldon Berman and Sam Moody***

20304931.1